McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:05-cr-00511 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | FOR CONTINUANCE |
| v. ) | |
| ) | |
| CARL RUSSELL ROBBINS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Sherrill A. Carvalho, Assistant U.S. Attorney and Gary L. Huss, attorney for defendant, Carl Russell Robbins, that the government's response to defendant's motions currently due in the above-captioned matter on or before May 15, 2006 by 4:00 p.m. be continued to June 15, 2006 by 4:00 p.m., that the defendant's reply, if any, currently due on May 22, 2006 by 4:00 p.m. be continued to June 20, 2006 by 4:00 p.m., and that the motions hearing currently scheduled for May 30, 2006, be continued to June 26, 2006 at 9:00 a.m.

1  The continuance is at the request of both parties.
2  The parties agree that the delay resulting from the
3 continuance shall be excluded in the interests of justice herein
4 for effective defense preparation, plea negotiations, and the
5 filing of motions, pursuant to 18 U.S.C. §§ 3161(h)(1)(F),
6 3161(h)(8)(A), and 3161(h)(8)(B)(iv).
7 Dated: May 23, 2006                     Respectfully submitted,
8                                          McGREGOR W. SCOTT
                                           United States Attorney
9
10                                   By:   /s/ Sherrill A. Carvalho
                                           SHERRILL A. CARVALHO
11                                         Assistant U.S. Attorney
12 Dated: May 23, 2006                     /s/ Gary L. Huss
                                           GARY L. HUSS
13                                         Attorney for Defendant
14
15
16                                **ORDER**
17      On May 23, 2006, the parties lodged a stipulation to
18 continue the motions hearing currently scheduled for May 30, 2006
19 at 9:00 a.m. to June 26, 2006, at 9:00 a.m.  Upon due
20 consideration of the written stipulation of the parties and the
21 record herein, the Court issues the following order:
22      The parties' stipulation and request to continue
23 government's response to defendant's motion to June 15, 2006 by
24 4:00 p.m.; the defendant's reply, if any, to June 20, 2006 by
25 4:00 p.m.; and the motions hearing until June 26, 2006 at 9:00
26 a.m. is granted.  Further, the delay resulting from the
27 continuance shall be excluded in the interests of justice herein
28 to allow reasonable time for effective defense preparation, plea

1  negotiations, and the filing of motions, pursuant to 18 U.S.C.
2  §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)((B)(iv).
3
4  IT IS SO ORDERED.
5  **Dated:     May 24, 2006**              　　　**/s/ Anthony W. Ishii**
   0m8i78                                   UNITED STATES DISTRICT JUDGE