# United States District Court

## EASTERN DISTRICT OF CALIFORNIA



MAY 3 0 2006

)
**United States of America** )
vs. ) **Case No.** 05-CR-0511 AWI
Carl Russell Robbins )
)

CLERK, U S DIST COURT
EASTERN DISTRICT OF CALIFORNIA

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Carl Russell Robbins____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting the following: Reside at, and participate in, the Stanislaus Recovery Center inpatient program, and not move or be absent from this program/residence without prior approval of Pretrial Services;
and add the following condition: You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer. All other previously ordered conditions not in conflict remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ _5-05-06_          _____ _5-5-06_
Signature of Defendant        Date              Pretrial Services Officer       Date
Carl Russell Robbins                             Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                        _5-25-06_
Signature of Assistant United States Attorney     Date
Sherrill Carvalho

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                        _5-21-06_
Signature of Defense Counsel                      Date
Gary Huss

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___5/30/06___.
☐ The above modification of conditions of release is *not* ordered.

_____                        _5/30/06_
Signature of Judicial Officer                     Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services