UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:05-CR-00511 AWI |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION FOLLOWING |
| | ) | REVOCATION OF PREVIOUSLY SET |
| V. | ) | CONDITIONS OF RELEASE |
| | ) | |
| CARL RUSSELL ROBBINS | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

A.  Order for Revocation And Detention

After conducting a hearing pursuant to 18 U.S.C. § 3148(h) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B.  Statement of Reasons For The Revocation And Detention

The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

> There is clear and convincing evidence that this defendant has violated a
>> condition or conditions of release, to wit: he stopped attending his drug outpatient Group meetings; he has failed to remain in contact with his counselor; and he has failed to drug test, all as required by his conditions of release;
>> AND

That this defendant is unlikely to abide by any condition or combination of conditions of release.

He is therefore remanded into custody pending trial.

IT IS SO ORDERED.

**Dated:    September 5, 2006**              /s/ Lawrence J. O'Neill
b9ed48                                        UNITED STATES MAGISTRATE JUDGE